UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT ORDER/MINUTES**

U.S. MAGISTRATE JUDGE JARED S. STRAUSS - FORT LAUDERDALE, FLORIDA ROOM 203-D

DEFT: DENIS SOTNIKOV (J)#26293-104
CASE NO: 20-6159-STRAUSS
AUSA: (D. ZACCA COVERING FOR J. ANTON)
ATTY: RICHARD MERLINO & ROMAN GROYSMAN
USPO:
VIOL: 18:U.S.C.§ 1956(h)

PROCEEDING: PRETRIAL DETENTION AND REMOVAL HEARING
RECOMMENDED BOND:

BOND/PTD HEARING HELD - yes / no
COUNSEL APPOINTED:

BOND SET @:
To be cosigned by:

- ☐ All standard conditions
- ☐ Do not encumber property.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed /  or_ x's a week/month by phone; _ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Electronic Monitoring:
- ☐ Travel extended to:
- ☐ Other:

** RUSSIAN INTERPRETER REQUESTED **

DEFENDANT PRESENT IN COURT, HAS HIRED A NEW ATTORNEY. BOTH MR. MERLINO AND GROYSMAN ARE PRESENT. MOTION TO WITHDRAW AS COUNSEL WAS FILED [ECF NO.6] COURT GRANTS MOTION. NEW ATTORNEY FELEKE KASSEGN FILED TEMPORARY APPEARANCE IN OPEN COURT. REQUEST ADDITIONAL TIME. COURT FINDS GOOD CAUSE. GRANTS MOTION FOR CONTINUANCE IN THE INTEREST OF JUSTICE

*** TIME FROM TODAY THROUGH MARCH 26, 2020 IS EXCLUDED UNDER SPEEDY TRIAL ACT *****

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:   PLACE:

REPORT RE COUNSEL:

PTD/BOND HEARING: THURSDAY MARCH 26 2020 AT 10 AM DUTY (HUNT)

PRELIM/ARRAIGN OR REMOVAL: THURSDAY MARCH 26 2020 AT 10 AM DUTY (HUNT)

STATUS RE EXTRADITION/HRG:

TE: 03/19/20   TIME: 10:30 AM   FTL/TAPE/# JMS-   Begin DAR:

[20 MINS]
***THE TIME FROM TODAY THROUGH THE RE-SCHEDULED DATE IS EXCLUDED FROM THE DEADLINE FOR TRIAL AS COMPUTED UNDER THE SPEEDY TRIAL ACT ****** (YES OR NO) DAR:9:53:33-9:57:36 RECALLED 10:56:37-11:03:42