# COURT MINUTES/ORDER

## United States Magistrate Judge Alicia O. Valle

Courtroom 202     Date: 4/2/2020     Time: 11:00 a.m.

Defendant: Denis Sotnikov(J)    J#: 26293-104    Case #: 20-6159-JMS

AUSA: Scott Strauss (Duty) *via telephone*    Attorney: Feleke Kassegn, Esq. (Temp)

Violation: Conspiracy to Launder Monetary Instruments (District of New Jersey)

Proceeding: Detention/Removal Hearing     CJA Appt: ____

Bond/PTD Held: ☐ Yes ☑ No     Recommended Bond: ____

Bond Set at: ____     Co-signed by: ____

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ____
- ☐ Other: ____

Language: Russian

Disposition:
- Defendant present via video conference.
- Defendant waives removal hearing and detention in this district with a right to revisit upon arrival to District of New Jersey.
- Waiver signed.

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:

Report RE Counsel: ____
PTD/Bond Hearing: ____
Prelim/Arraign or Removal: ____
Status Conference RE: ____

D.A.R. 11:05:43     Time in Court: 15 mins

CHECK IF APPLICABLE: ____ For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including ____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..

1